UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CECILIO FERNANDEZ ESTRADA,<br><br>               Plaintiff,<br><br>  vs.<br><br>PAT GLEBE,<br><br>               Defendant. | NO.  CV-10-72-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS PETITION AS TIME-BARRED** |

    Magistrate Judge Hutton filed a Report and Recommendation on May 14, 2010 (Ct. Rec. 12), recommending Mr. Estrada's Petition for Writ of Habeas Corpus (Ct. Rec. 10) be dismissed as time-barred. There being no objections, the Court **ADOPTS** the Report and Recommendation. The petition is **DISMISSED.**

    **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward a copy to Petitioner.

    **DATED** this  28th      day of May 2010.


                                              S/ Edward F. Shea
                                               EDWARD F. SHEA
                                 UNITED STATES DISTRICT JUDGE

`Q:\Civil\2010\72.R&R.wpd`

ORDER ADOPTING REPORT AND RECOMMENDATION-- 1